OPINION — AG — ** NON COMMUNIST OATH ** THE OATH OF ALLEGIANCE REFERRED TO MUST BE TAKEN BY A TEACHER (SCHOOL) WITHIN 30 DAYS AFTER HIS EMPLOYMENT BEGINS IN EACH FISCAL YEAR. HE MUST TAKE SAID OATH EACH YEAR HE SERVES AS A TEACHER, AND CANNOT, BY TAKING THE OATH AT ONE PARTICULAR TIME, THEREBY BE ABSOLVED FROM THE STATUTORY NECESSITY OF TAKING IT IN SUCCEED IN YEARS. CITE: 51 O.S.H. 37.1, 70 O.S.H. 6-1 (J. H. JOHNSON)